IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| MICHAEL JAMES HARNED, individually; and as Personal Representative of the Estate of HANNAH CAMELIA YARBOUR-HARNED; and as legal guardian of SHAY ANGELINA YARBOUR, a minor child,<br><br>    Plaintiffs,<br><br> v.<br><br>GREGORY GUFFANTI, M.D.; and MERCK & CO., a foreign corporation,<br><br>    Defendants. | No. 3:21-cv-00878-AC<br><br>ORDER |

HERNÁNDEZ, District Judge:

  Magistrate Judge Acosta issued a Findings and Recommendation on October 14, 2021, in which he recommends that the Court deny Plaintiffs' Motion to Remand. F&R, ECF 22. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

1 – ORDER

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, the Court is relieved of its obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, the Court finds no error.

## CONCLUSION

The Court ADOPTS Magistrate Judge Acosta's Findings and Recommendation [22]. Accordingly, Plaintiffs' Motion to Remand [12] is DENIED.

IT IS SO ORDERED.

DATED: _____January 22, 2022_____.

_____
MARCO A. HERNÁNDEZ
United States District Judge

2 – ORDER